PROB 12A
(6/21)

# United States District Court

## for

## District of New Jersey

## Report on Individual Under Supervision

Name of Individual Under Supervision: Tiffany Diaz Fermin     Cr.: 21-00333-001
PACTS #: 6363301

Name of Sentencing Judicial Officer:    THE HONORABLE KEVIN MCNULTY
UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 11/04/2021

Original Offense:    Count 1: Conspiracy to Commit Bank Fraud, 18: 371.F, 18:1344A.F

Original Sentence: 8 months imprisonment, 3 years supervised release

Special Conditions: Special Assessment, Restitution - Money, Financial Disclosure, Gang Associate/Member, Gang Restriction Court Ordered, Place Restriction Area, Mental Health Treatment, No New Debt/Credit, Other Condition

Type of Supervision: Supervised Release      Date Supervision Commenced: 07/27/2022

## INTERNATIONAL TRAVEL REQUEST

On July 7, 2023. the individual under supervision submitted a request to travel to the Dominican Republic from June 20, 2023 through June 24, 2023. The probation office has met with her and clarified that her intended travel dates are now August 15, 2023 through August 22, 203. If approved, she will travel to Villa Vasquez Campos, Pepillo, Salsedo #35, Santiago, Dominican Republic. She will be visiting her father and her daughter's grandmother. She will be traveling with her daughter Jazmeen Ailyn.

U.S. Probation Officer Action:

Our office recommends the travel request be approved. Diaz Fermin reports as instructed, submits monthly supervision reports, and urinalysis submitted have yielded negative results. Tiffany Diaz Fermin has maintained a stable residence and is employed with Pharmacy Plus and Surgical Supplies in Paterson, New Jersey. Diaz Fermin has satisfied her special assessment and has paid $12,518.13 towards her restitution. As such, she is in full compliance with the conditions of supervised release.

           Respectfully submitted,

           SUSAN M. SMALLEY, Chief
           U.S. Probation Officer

     By:    RAFAEL J. JIMENEZ
          U.S. Probation Officer

Prob 12A – page 2
Tiffany Diaz Fermin

/ rjj

APPROVED:

_____     07/19/23
PATRICK HATTERSLEY                   Date
Supervising U.S. Probation Officer

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

☐ Travel Approved

☐ Travel Denied

☒ Travel Approved and all future travel requests be at the discretion of the Probation Office (as recommended by the Probation Office)

☐ Other

/s/ Kevin McNulty
Signature of Judicial Officer

7/19/2023
Date